FILED

APR - 8 2011

CLERK
U.S. BANKRUPTCY

By _____
         Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Pace, Paul K & Gina M

CASE NUMBER: 94-519

PLEASE CHECK ONE:

_X_ UNCLAIMED DIVIDENDS

___ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Illinois Student Assistance Commission 1755 Lake Cook Rd Deerfield, IL. 60015-5209 | 1 | (835.15 filed) $185.44 |

RECEIPT # 21721
FEE $ 185.44

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

TOTAL: $ 185.44

DATE: March 31, 2011

_____
TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94